Same case below, 411 Fed. Appx. 751.

**No. 10-10552. Zhi Yong Guo, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4651.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 634 F.3d 1119 and 422 Fed. Appx. 596.

**No. 10-10554. Stephanie Hampton, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3042, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4618.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 633 F.3d 334.

**No. 10-10555. Leonel Garcia, III, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3042, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4739.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 412 Fed. Appx. 693.

**No. 10-10557. Paula Gonzales, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3042, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4671.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10559. Karen Hawkins, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3042, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4705.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 409 Fed. Appx. 507.

**No. 10-10560. Montel Goings, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3042, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4770.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 407 Fed. Appx. 967.

**No. 10-10561. Donell Hatcher, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3043, 180 L. Ed. 2d 860, 2011 U.S. LEXIS 4712.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 944.